UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-336 (MJD/JGL)

NIMENE WUREH,

Plaintiff,

v.

**PRETRIAL ORDER**

RECOVERY ENGINEERING, INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2000;

3. Plaintiff shall disclose all expert witnesses by June 1, 2001, and reports by August 1, 2001; Defendants shall disclose all expert witnesses by July 1, 2001, and reports by September 1, 2001; All expert witness depositions shall be completed by December 1, 2001;

4. The period during which the parties may seek discovery shall be completed by January 15, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to June 1, 2002; and

Filed JUL 07 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________

7. This case will be considered "ready for trial" as of June 1, 2002.

DATED: July 7, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge