**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Nimene Wureh,**

**Plaintiff,**

**v.**

**Recovery Engineering, Inc., Procter & Gamble Corp., Steve Julkowski, Mark Wartman and John Berg,**

**Defendants.**

**Case No. CV-336-MJD/JGL**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto through their respective counsel that the same may be and is hereby dismissed on its merits with prejudice but without costs to any party. The Court Administrator, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

Dated this 31st day of AUGUST 2000.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: [signature]
Charles O. Lentz (#168403)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

ATTORNEYS FOR DEFENDANTS RECOVERY ENGINEERING, INC., MARK WARTMAN AND JOHN BERG

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

2256290.1

Dated this 8th day of August 2000.

FETTERLY & GORDON, P.A.

By: ______________________
Timothy J. Fetterly (#210481)
Christopher J. Sorenson (#270118)

1800 U. S. Bank Place
650 Third Avenue South
Minneapolis, MN 55402
Phone: (612) 288-2501

and

Michael Glassman
Cheryl E. Bruner
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: (513) 977-8200

ATTORNEYS FOR DEFENDANT PROCTER & GAMBLE

Dated this ___ day of ____________ 2000.

TRIMBLE & ASSOCIATES, LTD.

By: ______________________
Robert S. Halagan (#136402)
Matthew W. Haapoja (#268033)

11700 Wayzata Boulevard
Minnetonka, MN 55305-2014
Phone: (612) 797-9699

ATTORNEYS FOR DEFENDANT STEVE JULKOWSKI

Dated this ___ day of ____________ 2000.

FETTERLY & GORDON, P.A.

By: ______________________________
Timothy J. Fetterly (#210481)
Christopher J. Sorenson (#270118)

1800 U. S. Bank Place
650 Third Avenue South
Minneapolis, MN 55402
Phone: (612) 288-2501

and

Michael Glassman
Cheryl E. Bruner
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: (513) 977-8200

ATTORNEYS FOR DEFENDANT PROCTER & GAMBLE

Dated this 20 day of August 2000.

TRIMBLE & ASSOCIATES, LTD.

By: Bob Halagan
Robert S. Halagan (#136402)
Matthew W. Haapoja (#268033)

11700 Wayzata Boulevard
Minnetonka, MN 55305-2014
Phone: (612) 797-9699

ATTORNEYS FOR DEFENDANT STEVE JULKOWSKI

2256290.1

Wureh v. Recovery Engineering 00-336 (Mjd/JGL)

Dated this 22nd day of August 2000.

JACKSON & WARD, L.L.C.

By: Lateesa T. Ward

Lateesa Thamani Ward (#220048)
Toni Michelle Jackson (#218030)

2520 Park Avenue South
Carriage House
Minneapolis, MN 55404
Phone: (612) 872-1100

ATTORNEYS FOR PLAINTIFF

**ORDER**

This action is hereby dismissed, with prejudice, and without costs to any party.

Dated this 5th day of Sept. 2000.

By: Michael J. [signature]
Judge of District Court